IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VINODH RAGHUBIR,

      Appellant,

 v.

      Case No.  5D21-2929
      LT Case No. 2015-CA-003021

TT OF LONGWOOD, INC. D/B/A
CORY FAIRBANKS MAZDA,

      Appellee.
_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Seminole County,
Jessica J. Recksiedler, Judge.

Vinodh Raghubir, Orlando, pro se.

Donald W. St. Denis, and
Blaire Campbell Hammock, of
St. Denis & Davey, P.A.,
Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., SASSO and WOZNIAK, JJ., concur.